IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 02-U-37 |
| | ) (ASSIST) 02-mc-2037 |
| RALPH EMMERSON MCKINNEY, | ) |
| | ) |
| Defendant. | ) |

FILED
JAN 2 5 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## PAYMENT AGREEMENT

I, RALPH EMMERSON MCKINNEY, agree to pay $200.00 a month towards satisfaction of the monetary judgment that has a present balance of $80,303.08, until either this amount is paid in full or until further order of court. If I pay this entire judgment amount plus subsequently accrued interest, costs and expenses and complete this agreement, the United States will give me a Satisfaction of Judgment. If I miss more than two months payments, this agreement will be void, and the United States may begin enforcement of the restitution order. I also agree to provide financial information when requested and inform the Financial Litigation Unit at 785-295-2850 Topeka, Kansas or the Financial Litigation Unit in Springfield at 217-492-4450 of any substantial increase in income as a result of, but not limited to, gifts, inheritance, lottery, employment, or substantial bonus. I understand that the United States will modify this payment schedule to increase payments if financial circumstances change significantly. Payments are to begin February 15, 2005, and on the 15th day of each month thereafter until paid in full. Payment should be made payable to the **U.S. District Court** mailed to the address shown on the automated statement, along with the payment coupon, which will be provided by the U.S. Department of Justice. Payments shall be sent to:

> The Clerk
> United States District Court
> 401 North Market Street
> Room 204
> Wichita, Kansas 67202

I will inform the U.S. Attorneys Office in writing within seven days of any change of address or employment. I understand that default of the terms and conditions of this payment agreement will entitle the United States to execute on the judgment without further notice to me.

This Agreement does not waive the right of the United States to offset payments owed to the defendant including Treasury Tax Offsets.

I, the undersigned defendant, further agree as part of this Agreement to appear before United States Magistrate Judge David G. Bernthal, or any other judge sitting in his stead, at 10:30 a. m, on the 17th day of October, 2005 at the United States Courthouse, 201 South Vine Street, Urbana, Illinois 61802, and at that time shall present another completed financial affidavit on the form submitted by the United States Department of Justice to this defendant,

I, the undersigned defendant, further agree to provide a copy of my timely filed 2004 federal and state income tax returns to: The Office of the United States Attorney
Attention: Mary Ann Blair
318 South Sixth Street
Springfield, Il. 62701
Tel. No. 217/492-4450

DATE: January 25, 2005

RALPH EMERSON MCKINNEY, Defendant

DATE: January 25, 2005

DAVID H. HOFF
Assistant U.S. Attorney

APPROVED BY THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS, THIS 25TH DAY OF JANUARY, 2005.

Honorable David G. Bernthal
United States Magistrate Judge