E-FILED
Monday, 03 October, 2005  03:04:28 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) COURT NO. 02-U-37 |
| RALPH EMMERSON MC KINNEY, | ) ) ) |
| Defendant. | ) |

## MOTION TO CANCEL
## STATUS CONFERENCE SCHEDULED FOR OCTOBER 17, 2005

Plaintiff, United States, moves this Court to cancel the Status Conference scheduled for October 17, 2005, at 10:30 a.m., because the Defendant Ralph Emmerson Mc Kinney, has been making his payments according to the Payment Agreement (Doc #1) filed on January 25, 2005  See copy of Payment History from the District of Kansas attached as Exhibit 1.

Respectfully submitted,

**JAN PAUL MILLER**
**UNITED STATES ATTORNEY**

DATE: October 1, 2005

s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Beth.Collins@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **MOTION** has this October 1, 2005, been made upon the following individual by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

Ralph Emmerson Mc Kinney
5872 N. 5000 E Rd
Manteno, Illinois 60950

United States Attorney's Office
Attn:  AUSA Tanya Sue Wilson
444 S.E. Quincy, Suite 290
Topeka, Kansas 66683-3592

s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Beth.Collins@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO.  02-U-37 |
| | ) |
| RALPH EMMERSON MC KINNEY, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon Motion of the Government showing that Defendant has make payments on his debt according to the Payment Agreement (Doc #1) filed on January 25, 2005, the Status Conference scheduled for October 17, 2005, at 10:30 a.m. is here by canceled.

DATED: _____

_____
DAVID G. BERNTHAL
UNITED STATES MAGISTRATE JUDGE