E-FILED
Monday, 03 October, 2005 03:05:46 PM
Clerk, U.S. District Court, ILCD

PAYMENT HISTORY REPORT

RUN DATE: 27-SEP-2005

FOR: 2000Z00538/001

Report: CZ_QRYG
PAGE: 1 OF 4

DEBTOR: McKinney, Ralph Emmerson
COURT NUMBER: 6:99CR10011-001-KMH
CURRENT LIABILITY BALANCE: $78,703.08

PRIORITY CODE: 03

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | 6E | 12-JUL-2001 | OT/A | clerk | | 090171 | | $15.00 | 18-JUL-2001 |
| 0003 | PMNT | 6E | 24-JUL-2001 | OT/A | clerk | | 090273 | | $25.00 | 27-JUL-2001 |
| 0004 | PMNT | 6E | 02-AUG-2001 | OT/A | clerk | | 090375 | | $30.00 | 08-AUG-2001 |
| 0005 | PMNT | 6E | 29-AUG-2001 | OT/A | clerk | | 090665 | | $35.00 | 04-SEP-2001 |
| 0006 | PMNT | 6E | 21-AUG-2001 | OT/A | clerk | | 090582 | | $35.00 | 01-OCT-2001 |
| 0007 | PMNT | 6E | 26-SEP-2001 | OT/A | clerk | | 090932 | | $65.00 | 02-OCT-2001 |
| 0008 | PMNT | 6E | 15-NOV-2001 | OT/A | clerk | | 091441 | | $100.00 | 26-NOV-2001 |
| 0009 | PMNT | 6E | 10-DEC-2001 | OT/A | clerk | | 091668 | | $100.00 | 13-DEC-2001 |
| 0010 | PMNT | 6E | 29-OCT-2001 | OT/A | clerk | | 091255 | | $100.00 | 27-DEC-2001 |
| 0011 | PMNT | 6E | 14-JAN-2002 | OT/A | clerk | | 092139 | | $100.00 | 22-JAN-2002 |
| 0012 | PMNT | 6E | 11-FEB-2002 | OT/A | clerk | | 092586 | | $100.00 | 15-FEB-2002 |
| 0013 | PMNT | 6E | 21-MAR-2002 | OT/A | clerk | | 093197 | | $100.00 | 29-MAR-2002 |
| 0014 | PMNT | 6E | 02-MAY-2002 | OT/A | clerk | | 093882 | | $25.00 | 09-MAY-2002 |
| 0015 | PMNT | 6E | 29-MAY-2002 | OT/A | clerk | | 094186 | | $50.00 | 03-JUN-2002 |
| 0016 | PMNT | 6E | 28-JUN-2002 | OT/A | clerk | | 094575 | | $50.00 | 09-JUL-2002 |
| 0017 | PMNT | 6E | 25-JUL-2002 | OT/A | clerk | | 094882 | | $50.00 | 31-JUL-2002 |
| 0018 | PMNT | 6E | 03-SEP-2002 | OT/A | clerk | | 095299 | | $50.00 | 11-SEP-2002 |
| 0019 | PMNT | 6E | 16-JAN-2003 | OT/H | Support Services/gar | | 097119 | | $129.24 | 22-JAN-2003 |
| 0020 | PMNT | 6E | 16-JAN-2003 | OT/H | Support Services/gar | | 097119 | | $128.99 | 22-JAN-2003 |
| 0021 | PMNT | 6E | 16-JAN-2003 | OT/H | Support Services/gar | | 097119 | | $128.99 | 22-JAN-2003 |
| 0022 | PMNT | 6E | 16-JAN-2003 | OT/H | Support Services/gar | | 097119 | | $126.17 | 22-JAN-2003 |
| 0023 | PMNT | 6E | 16-JAN-2003 | OT/H | Support Services/gar | | 097119 | | $126.17 | 22-JAN-2003 |
| 0024 | PMNT | 6E | 16-JAN-2003 | OT/H | Support Services/gar | | 097119 | | $124.63 | 22-JAN-2003 |
| 0025 | PMNT | 6E | 16-JAN-2003 | OT/H | Support Services/gar | | 097119 | | $128.99 | 22-JAN-2003 |
| 0026 | PMNT | 6E | 16-JAN-2003 | OT/H | Support Service/garn | | 097119 | | $126.17 | 22-JAN-2003 |
| 0027 | PMNT | 6E | 16-JAN-2003 | OT/H | Support Services/gar | | 097119 | | $150.80 | 22-JAN-2003 |
| 0028 | PMNT | 6E | 16-JAN-2003 | OT/H | Scanlon Coll/garn | | 097119 | | $143.87 | 22-JAN-2003 |
| 0029 | PMNT | 6E | 16-JAN-2003 | OT/H | Scanlon/garn | | 097119 | | $152.74 | 22-JAN-2003 |
| 0030 | PMNT | 6E | 16-JAN-2003 | OT/H | Scanlon/garn | | 097119 | | $150.80 | 22-JAN-2003 |
| 0031 | PMNT | 6E | 16-JAN-2003 | OT/H | Scanlon/garn | | 097119 | | $190.00 | 22-JAN-2003 |
| 0032 | PMNT | 6E | 16-JAN-2003 | OT/H | Scanlon/garn | | 097119 | | $129.24 | 22-JAN-2003 |

EXHIBIT 1

PAYMENT HISTORY REPORT

RUN DATE: 27-SEP-2005

FOR: 2000Z00538/001



DEBTOR: McKinney, Ralph Emmerson
COURT NUMBER: 6:99CR10011-001-KMH
CURRENT LIABILITY BALANCE: $78,703.08

PRIORITY CODE: 03

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0033 | PMNT | 6E | 24-JAN-2003 | OT/H | Garnishment/Clerk | | 097202 | | $127.71 | 29-JAN-2003 |
| 0034 | PMNT | 6E | 03-FEB-2003 | OT/H | garnish/clerk | | 097327 | | $129.25 | 07-FEB-2003 |
| 0035 | PMNT | 6E | 18-FEB-2003 | OT/H | Clerk | | 097524 | | $129.25 | 21-FEB-2003 |
| 0038 | PMNT | 6E | 26-FEB-2003 | OT/H | clerk/garn | | 097640 | | $129.25 | 04-MAR-2003 |
| 0039 | PMNT | 6E | 10-FEB-2003 | OT/H | garn/clk | | 097420 | | $129.25 | 05-MAR-2003 |
| 0040 | PMNT | 6E | 04-MAR-2003 | OT/H | Garnishment/Clerk | | 097727 | | $127.71 | 17-MAR-2003 |
| 0041 | PMNT | 6E | 19-MAR-2003 | OT/H | Garn/Empl/Clerk | | 097967 | | $135.79 | 24-MAR-2003 |
| 0042 | PMNT | 6E | 27-MAR-2003 | OT/H | Ralph McKinney-garn | | 098053 | | $129.24 | 01-APR-2003 |
| 0043 | PMNT | 6E | 02-APR-2003 | OT/H | clerk-garnishment | | 098141 | | $129.24 | 07-APR-2003 |
| 0044 | PMNT | 6E | 07-APR-2003 | OT/H | garnishment/clerk | | 098192 | | $131.43 | 11-APR-2003 |
| 0045 | PMNT | 6E | 21-APR-2003 | OT/H | clerk/garnishment | | 098498 | | $129.25 | 23-APR-2003 |
| 0046 | PMNT | 6E | 03-MAR-2004 | CL/A | clerk/R McKinney | | 102451 | | $62.50 | 10-MAR-2004 |
| 0047 | PMNT | 6E | 22-MAR-2004 | CL/A | clerk/R McKinney | | 102676 | | $62.50 | 26-MAR-2004 |
| 0048 | PMNT | 6E | 22-MAR-2004 | CL/A | clerk | | 102676 | | $62.50 | 26-MAR-2004 |
| 0049 | PMNT | 6E | 23-APR-2004 | CL/A | clerk/R McKinney | | 103136 | | $62.50 | 29-APR-2004 |
| 0050 | PMNT | 6E | 23-APR-2004 | CL/A | clerk | | 103136 | | $62.50 | 29-APR-2004 |
| 0051 | PMNT | 6E | 23-APR-2004 | CL/A | clerk | | 103136 | | $62.50 | 29-APR-2004 |
| 0052 | PMNT | 6E | 23-APR-2004 | CL/A | clerk | | 101136 | | $62.50 | 29-APR-2004 |
| 0053 | PMNT | 6E | 04-JUN-2004 | CL/A | clerk | | 103666 | | $62.50 | 08-JUN-2004 |
| 0054 | PMNT | 6E | 04-JUN-2004 | CL/A | clerk/McKinney | | 103687 | | $125.00 | 08-JUN-2004 |
| 0055 | PMNT | 6E | 04-JUN-2004 | CL/A | clerk | | 103687 | | $125.00 | 08-JUN-2004 |
| 0056 | PMNT | 6E | 08-JUL-2004 | CL/A | clerk/McKinney | | 104092 | | $125.00 | 09-JUL-2004 |
| 0057 | PMNT | 6E | 08-JUL-2004 | CL/A | clerk/McKinney | | 104092 | | $62.50 | 09-JUL-2004 |
| 0058 | PMNT | 6E | 08-JUL-2004 | CL/A | clerk/McKinney | | 104092 | | $62.50 | 09-JUL-2004 |
| 0059 | PMNT | 6E | 11-AUG-2004 | CL/A | clerk/McKinney | | 104551 | | $187.50 | 17-AUG-2004 |
| 0060 | PMNT | 6E | 11-AUG-2004 | CL/A | clerk/McKinney | | 104551 | | $62.50 | 17-AUG-2004 |
| 0062 | PMNT | 6E | 16-FEB-2005 | CL/A | clerk-McKinney | | 027211 | | $200.00 | 22-FEB-2005 Feb |
| 0063 | PMNT | 6E | 14-MAR-2005 | CL/A | clerk-McKinney | | 107314 | | $200.00 | 21-MAR-2005 mar |
| 0064 | PMNT | 6E | 15-APR-2005 | CL/A | clerk | | 107779 | | $200.00 | 21-APR-2005 Apr |
| 0065 | PMNT | 6E | 16-MAY-2005 | CL/A | clerk | | 108236 | | $200.00 | 19-MAY-2005 may |
| 0066 | PMNT | 6E | 13-JUN-2005 | CL/A | debtor | | 108616 | | $200.00 | 15-JUN-2005 June |

PAYMENT HISTORY REPORT

RUN DATE: 27-SEP-2005

FOR: 2000Z00538/001



DEBTOR: McKinney, Ralph Emmerson
COURT NUMBER: 6:99CR10011-001-KMH
CURRENT LIABILITY BALANCE: $78,703.08

PRIORITY CODE: 03

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0067 | PMNT | 6E | 18-JUL-2005 | CL/A | clerk | | 109116 | | $200.00 | 22-JUL-2005 |
| 0068 | PMNT | 6E | 16-AUG-2005 | CL/A | clerk | | 109525 | | $200.00 | 19-AUG-2005 |
| 0069 | PMNT | 6E | 15-SEP-2005 | CL/A | clerk | | 109916 | | $200.00 | 19-SEP-2005 |

Total Payments for Debtor: $7,244.17

July
Aug
Sep