**E-FILED**
Monday, 03 October, 2005  04:05:23 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 02-MC-2037 |
| | ) |
| RALPH EMMERSON MC KINNEY, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

Upon Motion of the Government showing that Defendant has made payments on his debt according to the Payment Agreement (Doc #1) filed on January 25, 2005, the Status Conference scheduled for October 17, 2005, at 10:30 a.m. is here by canceled and the motion (#2) is GRANTED.

ENTER this 3rd of October, 2005

                                                      s/ DAVID G. BERNTHAL
                                                      U.S. MAGISTRATE JUDGE