## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | )   CASE NO. 02-mc-2037 |
| RALPH EMMERSON MCKINNEY, | ) ) ) |
| Defendant. | ) |

### CITATION TO DISCOVER ASSETS

To:   **Ralph Emmerson Mckinney**
**5872 N. 5000 E Rd**
**Manteno, IL 60950**

  **YOU ARE COMMANDED** to appear before MAGISTRATE JUDGE David G. Bernthal, 201 S. Vine, Urbana, Il 61801, in the Magistrates Courtroom, on **September 3, 2008, at 10:00 A.M.**, to be examined under oath to discover Assets or income not exempt from the enforcement of the judgment.

A Judgment against RALPH EMMERSON MCKINNEY was entered on August 16, 2000, for $85,947.25, including interest and costs, remains unsatisfied.

**YOU ARE COMMANDED** to produce at the examination:

  **SEE ATTACHED** Demand for Documents and all books, papers or records in your possession or control that may contain information concerning the property or income of or indebtedness due judgment debtor.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which judgment debtor may be entitled or that may be acquired by or become due to judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to judgment debtor, until the further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

**WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT**.

Dated at Urbana, Illinois, this 30th day of July, 2008.


             s/Pamela E. Robinson
             _____
             PAMELA E. ROBINSON
             Clerk, U.S. District Court

## CERTIFICATE OF ATTORNEY

I, James A. Lewis, certify to the Court, under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the following information is true:

1. Judgment was entered in the amount of $85,947.25 on August 22, 2000 in case # 99-10011-001 (District of Kansas) 02-2037 (ILC), and registered in the United States District Court, Central District of Illinois, Urbana Division for an assist.

2. The balance owing on the judgment as of July 30, 2008, is $74,103.08.

3. A copy of the Citation Notice is attached.

_____
James A. Lewis
Assistant United States Attorney
Financial Litigation Unit
318 S. 6th Street
Springfield, IL 62701
Tel: 217-492-4450


**TO BE SERVED NOT LESS THAN FIVE DAYS
BEFORE DATE DEFENDANT IS TO APPEAR**

**Questions should be referred to Assistant United States Attorney James A. Lewis at the following address and telephone:**

318 S. 6th Street
Springfield, Illinois 62701
217/492-4450

# THE FINANCIAL STATEMENT ATTACHED IS TO BE COMPLETED PRIOR TO YOUR COURT HEARING

# **LIST OF ITEMS TO BRING TO JUDGMENT DEBTOR EXAMINATION**

1. **The attached Financial Statement is to be completed prior to court appearance.**

2. Business records for the present year and past calendar year which reflect assets, liabilities, gross receipts and expenses for any sole proprietorship, partnership or corporation in which you own any interest.

3. Current bank statements for the past 12 months from all banks or other financial institution, where any sole proprietorship, partnership or corporation in which you own any interest, has an account of any kind.

4. Current bank statements for the past 12 months from all banks, or other institutions, where you have an account of any kind.

5. All deeds, leases, contract, and other documents representing any ownership interest you, have in any real property, and all deeds of trust, mortgages, or other documents evidencing encumbrances of any kind on your real property.

6. Titles to all motor vehicles owned by you.

7. All life insurance policies in which you are either the insured or beneficiary.

8. All deeds, bills of sale, or other documents prepared in connection with any transfer made by you, either by gift, sale, or otherwise within the last five years.

9. A schedule of all regular expenses paid by you, such as installment debts, food, utilities, etc.  Include the amount paid, the payee, and if an installment debt, the amount of debt owing and any security pledge.

10. All records pertaining to your assets and finances.

11. Copies of income tax returns for the past three years.

12. Any records showing payments for child support.  (Documentation from court or canceled checks)

13. Any records showing payments for rent.

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 02-2037 |
| | ) |
| RALPH EMMERSON MCKINNEY, | ) |
| | ) |
| Defendant. | ) |

**CITATION NOTICE TO DEFENDANT**

Name of Case: **UNITED STATES v. Ralph Emmerson Mckinney**
Name and Address of Court: As cited above at: U.S. District Court, 201 S. Vine, Magistrates Courtroom, Urbana, Il 61801
Address of Judgment Debtor: **5872 N. 5000 E Rd, Manteno, IL 60950**

Name and Address of Attorney for Judgment Creditor:   James A. Lewis
Assistant United States Attorney
Financial Litigation Unit
318 S. 6th Street
Springfield, IL 62701
Telephone: 217/492-4450

Name and Address of Person Receiving Citation:   **Ralph Emmerson Mckinney**
**5872 N. 5000 E Rd**
**Manteno, IL 60950**

**Court Date and Time: September 3, 2008 at 10:00 A.M.**

Pursuant to Illinois Law, 735 Illinois Compiled Statutes, Section 5/2-1402(b), the following notice and summary of exemptions are provided to you:

**NOTICE**: The Court has issued a citation against the person named above. The citation directs that person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the court date stated above, the Court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. **The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE**:

   (1)   Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $2,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $1,200 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $750 in value, in any implements, professional books, or tools of the trade of the debtor.

    (2)    Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $7,500, which homestead is exempt from judgment.

    (3)    Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage.

    (4)    Under the federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

    (5)    Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The judgment debtor may have other possible exemptions under the law.

**THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH**. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 201 S. Vine, Rm 218, Urbana, Il 61801. When so notified, the Clerk of the Court will obtain a prompt hearing date from the Court and the United States Attorney's Office will provide the forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing.

<u>This notice may be sent by regular first class mail.</u>